

**NUMBER 13-19-00406-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**IN THE INTEREST OF A.E.J. AND V.N.J., MINOR CHILDREN**

---

**On Appellant J.B.J.'s Motion for Access to Appellate Record and Motion for Extension of Time to File Pro Se Response.**

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This is an appeal of an order terminating parental rights. Currently pending before the Court are appellant J.B.J.'s pro se motions for access to the appellate record and for extension of time to file response. Appellant's counsel has filed an *Anders* brief in this cause and appellant requests access to the appellate record so that he may file a pro se response to the *Anders* brief.

We note that the Texas Court of Criminal Appeals has held that an appellant's pro se response to an *Anders* brief "need not comply with the rules of appellate procedure in

order to be considered. Rather, the response should identify for the court those issues which the indigent appellant believes the court should consider in deciding whether the case presents any meritorious issues." *In re Schulman*, 252 S.W.3d 403, 409 n.23 (Tex. Crim. App. 2008). If, after reviewing appellant's pro se response, this Court determines that there are meritorious issues for appeal, we may direct the trial court to appoint new appellate counsel to fully brief those issues.

We further note that, because this appeal concerns the termination of parental rights, it is subject to special expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "so far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a).[1]

In light of the foregoing, we hereby GRANT appellant's motions and ORDER the trial court to ensure that appellant J.B.J. has the opportunity to fully examine the appellate record on or before January 15, 2020. We further ORDER the trial court to notify this Court as to the date upon which the appellate record was made available to appellant J.B.J. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Appellant shall file his pro se response to the *Anders* brief, if any, within TEN days of the date the record is made available to him pursuant to this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 2nd
day of January, 2020.

---

[1] Under the rule, we are directed to ensure that this case is disposed of before February 14, 2020. Given the time constraints, this order must be strictly adhered to.